UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.  6:21-CV-00386** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **CITI APPROVED ENTERPRISE LLC** | **MAG. JUDGE PATRICK J. HANNA** |

## JUDGMENT

Before this Court is a motion to compel arbitration and to dismiss or stay (Rec. Doc. 6). This motion was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.  Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, defendant's motion to compel arbitration is GRANTED as to all breach of contract claims, but is DENIED as to all Miller Act claims asserted by plaintiff in this suit. Defendant's motion to dismiss is, accordingly, DENIED.  Finally, plaintiff's Miller Act suit is STAYED pending arbitration of all other claims.

THUS DONE in Chambers on this 7th day of September, 2021.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE